# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) Case No. 2:12-cr-00066-MMD-CWH |
| v. | ) |
| | ) **MINUTE ORDER** |
| EARL GROSS, | ) |
| Defendant. | ) |

Dated: October 22, 2012

PRESENT: THE HONORABLE C.W. HOFFMAN, JR., United States Magistrate Judge

JUDICIAL ASSISTANT: None    RECORDER: None

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): None Appearing

**IT IS ORDERED** that [24] Government's Motion for Status Conference is **denied**. It appears the Government seeks to move to disqualify Defendant's counsel based on a potential conflict of interest. Before the Court will address any actual or potential conflict, it will require counsel to provide a written motion with supporting points and authorities. *See* Local Rule 7-2.

**IT IS FURTHER ORDERED** that the Government shall file any motion to disqualify Defendant's counsel in this matter by **Friday, November 2, 2012**. Defendant's response is due not later than **Wednesday, November 7, 2012**. Any reply shall be filed by **12:00 PM on Friday, November 9, 2012**.

**IT IS FURTHER ORDERED** that any motion to disqualify and the briefing related thereto shall be filed under seal.

**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**