<pre>
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
 7                                 DISTRICT OF NEVADA
 8  UNITED STATES OF AMERICA,           )
                                        )
 9                 Plaintiff,           )
                                        )
10       v.                             )   2:12-CR-066-APG-(CWH)
                                        )
11  EARL GROSS,                         )
                                        )
12                 Defendant.           )
13
14                                ORDER OF FORFEITURE
</pre>

15      On June 11, 2013, defendant EARL GROSS pled guilty to Count One of a Three-Count
16 Criminal Indictment charging him in Count One with Bank Fraud in violation of Title 18, United
17 States Code, Section 1344 and agreed to the forfeiture of property set forth in the Forfeiture
18 Allegations in the Criminal Indictment and Plea Agreement. Criminal Indictment, ECF No. 1; Change
19 of Plea Minutes, ECF No. 66; Plea Agreement, ECF No. 67.

20      This Court finds that EARL GROSS shall pay a criminal forfeiture money judgment of
21 $8,440,439 in United States Currency to the United States of America pursuant to Fed. R. Crim. P.
22 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States
23 Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States
24 Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 66; Plea
25 Agreement, ECF No. 67.

26 . . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EARL GROSS a criminal forfeiture money judgment in the amount of $8,440,439 in United States Currency.

DATED this 19th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Order of Forfeiture on June 13, 2013, by the below identified method of service:

<u>CM/ECF</u>

Dominic P. Gentile
Michael V. Cristalli
Paola M. Armeni
Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy., Ninth Floor
Las Vegas, NV 89169
Email: usdcnotices@gordonsilver.com
*Counsel for Earl Gross*

Shari L. Kaufman
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
Email: shari_kaufman@fd.org
*Counsel for Earl Gross*

/s/Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist

3